NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE HOME PRODUCTS INTERNATIONAL, INC.,
*Petitioner.*

---

Miscellaneous Docket No. 127

---

On Petition for Writ of Mandamus to the United States Court of International Trade in case no. 08-00094, Judge Leo M. Gordon.

---

## ON PETITION

---

## ORDER

Home Products International, Inc. submits a petition for a writ of mandamus to direct the United States Court of International Trade to grant its motion for reconsideration and vacate its stay of the underlying case.

Upon consideration thereof,

IT IS ORDERED THAT:

The United States is directed to respond no later than June 4, 2012. Since Hardware (Guangzhou) Co., Ltd. may also respond within that time.

FOR THE COURT

**MAY 1 4 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Frederick L. Ikenson, Esq.
Carrie A. Dunsmore, Esq.
William E. Perry, Esq.
Clerk, United States Court of International Trade

s24

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 4 2012

JAN HORBALY
CLERK